Opinion filed October 21, 2005
















 
 
 The Court on this day,January 12, 2006, has withdrawn this opinion
 and judgment dated October 21, 2005, and submitted the opinion and judgment
 dated January 12, 2006.
 
 







 
 
  
 
 




Opinion filed October 21, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00060-CV

 

                                                    __________

 

            ABBAS YAZDCHI AND HABIBOLLAH YAZDCHI, Appellants

 

                                                             V.

 

                                     BANK
OF AMERICA,
Appellee

 



 

                                          On
Appeal from the 61st District Court 

 

                                                          Harris County,
Texas

 

                                               Trial
Court Cause No. 2004-29836

 



 

                                             M
E M O R A N D U M    O P I N I O N

 

On September 8, 2005, this court determined that
Abbas Yazdchi and Habibollah Yazdchi had not complied with the requirements of
TEX.R.APP.P. 20.1 and, therefore, were required to pay the $125 filing
fee.  This court ordered appellants not
only to pay the required filing fee but also to file the clerk=s record in this court on or before
October 11, 2005.  Appellants were
informed that failure to comply with the September 8 order could result in the
dismissal of the appeal.  TEX.R.APP.P.
37.3(b) & 42.3.








Appellants have failed to file either the filing
fee or the clerk=s
record.  Therefore, the appeal is
dismissed.

PER CURIAM

 

October 21, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.